FILED: June 21, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1425
(1:11-mc-00004-LO-TCB)
_____

TURAN KIVANC; DUYGU KIVANC,

    Plaintiffs – Appellants,

    v.

UNITED STATES OF AMERICA,

    Defendant – Appellee.

_____

O R D E R
_____

Upon consideration of the unopposed motion to place case in abeyance, the court grants the motion and places this case in abeyance pending final disposition, including any appeal, of Case No. 1:11-cv-00641, pending before the district court in the Eastern District of Virginia. The parties shall file a status report on July 22, 2013 and every 60 days thereafter and shall immediately notify this court upon the conclusion of this case.

For the Court

/s/ Patricia S. Connor, Clerk